UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JORGE VIOLANTE, | 1:07-cv-01277 LJO NEW(DLB) (HC) |
| Petitioner, | |
| v. | **ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS** |
| NICK DAWSON, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **September 10, 2007**           /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE